**William N. BANKS, Jr., Plaintiff–Appellant,**

v.

**GOVERNMENT EMPLOYEES INSURANCE COMPANY, Defendant–Appellee.**

No. 12–2573.

United States Court of Appeals, Fourth Circuit.

Submitted: May 16, 2013.

Decided: May 22, 2013.

William N. Banks, Jr., Appellant Pro Se.

James Arthur Cales, III, Furniss, Davis, Rashkind & Saunders, Norfolk, Virginia, for Appellee.

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William N. Banks, Jr., appeals the district court's order dismissing his civil complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Banks v. Government Employees Ins. Co.,* No. 4:12–cv–00164–RBS–LRL (E.D.Va. Dec. 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*